UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOMMY MUTIN**                                                                                 **CIVIL ACTION**

**VERSUS**                                                                                              **NO. 16-8077**

**W.S. McCAIN, WARDEN**                                                            **SECTION: "H"(3)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Tommy Mutin is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of March, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**